KEMP V HAYES GREEN BEACH MEMORIAL HOSPITAL and KUDZIA V AVASI SERVICES, INC, Nos. 150589 and 150590; reported below: 307 Mich App 340.

PERKINS V HENRY FORD COMMUNITY COLLEGE, No. 150699; Court of Appeals No. 317643.

PEOPLE V LOVE, No. 150831; Court of Appeals No. 323352.

TRUSTEES OF METROPOLITAN DETROIT PLUMBING INDUSTRY TRAINING TRUST FUND V RIDENOUR, No. 151376; Court of Appeals No. 323041.

MARKMAN, J. I would remand this case to the Court of Appeals for consideration as on leave granted of the meaning of the contract in dispute, in particular the significance of the term "engaged" in that contract.

BERNSTEIN, J., joined the statement of MARKMAN, J.

PEOPLE V THIBEAULT, No. 151461; Court of Appeals No. 318216.

PEOPLE V PLATT, No. 151677; Court of Appeals No. 326357.

PEOPLE V JAMAR MCKEE, No. 151886; Court of Appeals No. 324341.

*Summary Disposition November 6, 2015:*